C: pro

**UNITED STATES DISTRICT COURT**
for
**NORTHERN DISTRICT OF TEXAS**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 3 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## Petition for Offender Under Supervision

Name of Offender: Johnny Aguinaga          Case No.: 3:04-CR-262-L(01)

Name of Sentencing Judicial Officer: U.S. District Judge Fred Biery (Jurisdiction was transferred to U.S. District Judge Sam A. Lindsay on August 5, 2004.)

Date of Original Sentence: October 12, 2000

Original Offense: Conspiracy to Possess With Intent to Distribute Marijuana, 21 USC § 846

Original Sentence: 24 months custody, 60-month term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: February 13, 2003

Assistant U.S. Attorney: Priscilla Garcia          Defense Attorney: Robert T. Basket
                                                                    (Retained)

### Petitioning the Court for Action for Cause as Follows:

To issue a violator's warrant.

The probation officer believes that the offender violated the following conditions:

**I.**

**Violation of Standard Condition No. 7**

The defendant shall not leave the judicial district without the permission of the Court or probation officer.

**Nature of Noncompliance**

On May 18, 2006, Johnny Aguinaga traveled by American Airlines to Monterrey, Mexico, without having permission of the court or the probation officer. On May 24, 2006, Mr. Aguinaga, verbally and in writing, admitted to U.S. Probation Officer Donna E. Thompson, that he had traveled to Monterrey, Mexico, without permission.

**II.**

**Violation of Standard Condition No. 8**

The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

**Nature of Noncompliance**

Johnny Aguinaga violated this condition of supervised release when he failed to report to the U.S. Probation Office on June 12 and July 5, 2006, as directed by the probation officer. In addition, Mr. Aguinaga failed to submit a monthly supervision report for the month of June 2006.

Several attempts have been made to reach Mr. Aguinaga by telephone and through correspondence and there had been no response. It is my understanding that Johnny Aguinaga is currently living in Mexico.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2011

s/ Donna Elling Thompson
U.S. Probation Officer
Arlington, Texas
817-649-2577, Ext. 240
Fax: 817-649-5954

Approved,

s/ Rollin Morris
Supervising U.S. Probation Officer
817-649-2577, Ext. Et 205

**Order of the Court:**

☐ No Action

☒ The Issuance of a Warrant. Petition and warrant sealed and not to be distributed to counsel of record. Unsealed upon arrest.

☐ The Issuance of a Summons

☐ Other or Additional:

_Sam A. Lindsay_
Sam A. Lindsay
U.S. District Judge

1/3/12
Date

[DET/cc]