IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | |
| § | |
| § | CRIMINAL NO.: 3:04CR00262-L |
| § | |
| JOHNNY AGUINAGA § | |

ENTRY OF APPEARANCE OF COUNSEL

    I wish to enter my appearance as retained counsel for the above-named defendant in this case.

    I understand that it is my duty to continue to represent the above-named defendant in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Dated: March 29, 2012

/s/ Toby Shook
Toby Shook
Texas Bar Card No. 18293250
717 N. Harwood Street, Suite 2652
Dallas, Texas 75201
(214) 850-9229
(214) 880-0409 Fax