IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 3:04-CR-262-L |
| | § | |
| JOHNNY AGUINAGA | § | |

## MOTION FOR DETENTION

The United States moves for the detention of the defendant, pursuant to 18 U.S.C. §3143(a).

1. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

      __X__   Defendant's appearance as required

      __X__   Safety of any other person and the community

2. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

      _____   At first appearance

      __X__   After continuance of __2__ days (not more than 3).

**Motion for Detention - Page 1**

DATED this  2nd  day of July, 2013.

        Respectfully submitted,

        SARAH R. SALDAÑA
        UNITED STATES ATTORNEY


        /s/ Michelle Allen-McCoy
        MICHELLE ALLEN-MCCOY
        Special Assistant United States Attorney
        Texas State Bar No. 24052252
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242
        Telephone: 214.659.8732
        Facsimile: 214.659.8800


## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2013, I electronically filed the above and foregoing Motion for Detention with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.


        /s/ Michelle Allen-McCoy
        Michelle Allen-McCoy
        Special Assistant United States Attorney

**Motion for Detention - Page 2**