ORIGINAL

# United States District Court
# Northern District of Texas
*Dallas Division*

U.S. MARSHALS SERVICE
N/TX DALLAS OFFICE

2012 JAN -4 AM 8: 32

UNITED STATES OF AMERICA

V.

JOHNNY AGUINAGA

CASE NUMBER: 3:04-CR-262-L

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her probation/supervised release imposed by the Court.

NAME OF PROBATIONER/SUPERVISED RELEASEE:

Johnny Aguinaga

ADDRESS (STREET, CITY, STATE):

Unknown

| PROBATION/SUPERVISED RELEASE IMPOSED BY (NAME OF COURT): | DATE IMPOSED |
|---|---|
| U.S. District Court for the Western District of Texas, San Antonio Division | 10/12/2000 |

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

U.S. District Court for the Northern District of Texas, Dallas Division

| *Karen Mitchell* | s/A. Monserrate | Jan 4, 2012 |
|---|---|---|
| Karen Mitchell, U.S. District Court Clerk | (By) Deputy Clerk | Date |

## RETURN

| | Date Received | Date Executed |
|---|---|---|
| Warrant received and executed. | 01-4-12 | 07-02-13 |

Executing Agency (Name and Address)

| Name: Randy Ely | (By) | Date: 7-02-13 |
|---|---|---|

FID: 437207